**Order entered December 15, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00374-CV

### LOCAL PUBLIC HOUSE, LLC, Appellant

### V.

### CARLY PAGE SHOCKEY, Appellee

**On Appeal from the 416th Judicial District Court
Collin County, Texas
Trial Court Cause No. 416-05120-2019**

## ORDER

Before the Court is appellant's December 13, 2022 unopposed fourth motion for an extension of time to file its opening brief. Because appellant timely filed its brief on December 14, we **DENY** the motion as moot.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE